## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** noma D. Cross
(Please print)

**STREET ADDRESS:** 4310. Central Ave Apt 2W

**CITY/STATE/ZIP:** Chicago IL 60641

**PHONE NUMBER:** 773-287-1442

**CASE NUMBER:** 08CV 4199
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

_Noma D Cross_
Signature

7-1-08
Date

**FILED**
JUL 24 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT