**FILED**

JUL 24 2008 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) NOMA D. CROSS )

Defendant(s) Goodwill great lakes ) V.

08CV 4199
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, NOMA D CROSS ,declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I call access living I call Equipped for Equality and many Attorneys

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

Noma D. Cross
Movant's Signature

4310 N. Central Ave Apt 2W
Street Address

7-1-08
Date

Chicago IL 60641
City, State, ZIP