IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMA D. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV 4199 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | |
| GOODWILL GREAT LAKES, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RELIEF FROM APPOINTMENT

George F. LaForte, Jr. and Bishop, Rossi & LaForte, Ltd. respectfully move this Court pursuant to Local Rule 83.38 for relief from appointment as follows:

1. On July 28, 2008, this Court granted Plaintiff's Application for Leave to Proceed In Forma Pauperis and appointed George F. LaForte, Jr. and Bishop, Rossi & LaForte as her counsel.

2. George F. LaForte, Jr. requests relief from the appointment pursuant to L.R. 83.38(a)(4). Because of the temporary burden of other professional commitments involved in his practice of law, he lacks the time necessary to represent the party.

3. In further support hereof, the Affidavit of George F. LaForte, Jr. is attached hereto as Exhibit "A."

Respectfully submitted,

GEORGE F. LAFORTE, JR. and
BISHOP, ROSSI & LAFORTE, LTD.

By: /s/ George F. LaForte, Jr.

George F. LaForte, Jr. - I.D. No. 6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181
630.916.0123

STATE OF ILLINOIS         )
COUNTY OF DUPAGE     )

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOMA D. CROSS, | ) |
| Plaintiff, | ) Case No. 08CV 4199 |
| vs. | ) Judge St. Eve |
| GOODWILL GREAT LAKES, | ) Magistrate Judge Mason |
| Defendant. | ) |

### AFFIDAVIT OF GEORGE F. LAFORTE, JR.

George F. LaForte, Jr., being first duly sworn upon his oath, deposes and states as follows:

1. This Affidavit is being provided in support of my Motion for Relief From Appointment.

2. In the past two months, I have opened up approximately 80% more files on average than during any other two month period during the prior calendar year.

3. I am currently scheduled to commence a trial in the Circuit Court of Cook County on September 15, 2008 captioned Leatrice Elliott v. Crestwood Care Centre, Case No. 07 M5 156. It is expected that the trial could last up to one week. Moreover, I am also currently scheduled to commence a trial in the Circuit Court of Cook County on November 12, 2008 captioned Heidbrick v. DelMar Builders, Case No. 05 L 8218. It is expected that this trial could last up to one week.

4. In addition to other commitments, my ability to adequately represent the Plaintiff would be further frustrated by the fact that this case is pending in Chicago and my office and home are located in the western suburbs.

Further, Affiant sayeth not.

_____
George F. LaForte, Jr.

Subscribed and sworn to before me this 31st day of July, 2008.

_____
Notary Public

George F. LaForte, Jr. - I.D. No. 6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181          EXHIBIT "A"
630.916.0123

"OFFICIAL SEAL"
Suzanne T Pugh
Notary Public, State of Illinois
Commission Expires 9/23/2011