IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMA D. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV 4199 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | |
| GOODWILL GREAT LAKES, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Ms. Noma Cross
431 N. Central Ave., #2W
Chicago, IL 60614

On Wednesday, August 6, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy J. St. Eve, or any Judge sitting in her stead in courtroom no. 1241 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois and request a hearing *instanter* on counsel's Motion for Relief From Appointment, a copy of which is included herein, at which time you may appear if you so see fit.

BISHOP, ROSSI & LAFORTE, LTD.

By: /s/George F. LaForte, Jr.

George F. LaForte, Jr. - I.D. No. 6231063
BISHOP, ROSSI & LAFORTE, LTD.
Two TransAm Plaza, Suite 200
Oakbrook Terrace, IL 60181
630.916.0123