## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4199 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Cross vs. Goodwill Great Lakes | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for relief from appointment [8] is granted. George LaForte, Jr. is given leave to withdraw from his appointment as counsel for plaintiff. No appearance is required on the 8/6/08 notice date. The Court appoints Timothy Ray of Neal Gerber & Eisenberg LLP, 2 North LaSalle Street, Suite 2200, Chicago, IL 60602, 312/269-8000, as counsel for plaintiff. Initial status hearing of 8/27/08 is stricken and reset to 9/9/08 at 8:30 a.m. in courtroom 1241. Joint status report to be filed by 9/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|